```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 00115
   LUZ M DIAZ
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

           Debtor
   SSN XXX-XX-0135
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/03/07 and confirmed on 04/13/07.

   2.  The case was dismissed after confirmation, 03/14/2008.

   3.  The Debtor paid a total of $  2433.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| SN SERVICING CORP | CURRENT MORTG | .00 | .00 | .00 |
| SN SERVICING CORP | MORTGAGE ARRE | 952.57 | .00 | 952.57 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1230.17 | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| FFCC COLUMBUS INC | UNSECURED | NOT FILED | .00 | .00 |
| NORTHERN ILLINOIS COLLEC | UNSECURED | NOT FILED | .00 | .00 |
| NORTHERN ILLINOIS COLLEC | UNSECURED | NOT FILED | .00 | .00 |
| NORTHERN ILLINOIS COLLEC | UNSECURED | NOT FILED | .00 | .00 |
| OSI COLLECTION SERVICES | UNSECURED | 128.72 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 148.89 | .00 | .00 |

          Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 952.57 | .00 | 1507.78 | .00 | 2460.35 |
| PRINCIPAL PAID | 952.57 | .00 | .00 | .00 | 952.57 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 952.57 | .00 | .00 | .00 | 952.57 |

The Debtor's attorney, PAUL R IDLAS                    , was allowed $   3000.00
and was paid $    500.00   direct and $   1407.18   through the plan.

The Trustee received $     73.25 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 06/24/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
     CASE NO. 07 B 00115 LUZ M DIAZ